**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Percy Vernon Rancifer **v.** The State of Texas

Appellate case number:    01-11-00497-CR

Trial court case number: 1306884

Trial court:              180th District Court of Harris County

Date motion filed:        May 28, 2013

Party filing motion:      Percy Vernon Rancifer

　　　　It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/  Michael Massengale
　　　　　　　　　　　☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle


Date: October 10, 2013